UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DR. DARYL J. GROSS,

                Plaintiff,

-vs-

JOHN MEZZALINGUA ASSOCIATES, LLC d/b/a JMA WIRELESS, JOHN MEZZALINGUA, individually, and DANIEL CASSINELLI, individually,

                Defendants.

Case No. 5:22-cv-0126 (DNH/ATB)

**STIPULATED ORDER OF DISCONTINUANCE AND DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:  May 10, 2022

_____
PHILLIP C. HAMILTON
Bar Roll #702422
Attorney for Plaintiff
Dr. Daryl J. Gross
Hamilton Clarke LLP
48 Wall Street, Suite 1100
New York, New York 10005
Telephone: (212) 729-0952

DATED:  May 10, 2022

_____
ROBERT J. SMITH
Bar Roll #102628
Attorneys for Defendants, John Mezzalingua Associates, LLC d/b/a JMA Wireless, John Mezzalingua and Daniel Cassinelli
Costello, Cooney & Fearon, PLLC
211 West Jefferson Street, Suite 1
Syracuse, New York 13202
Telephone: (315) 422-1152

**ORDER OF DISMISSAL**

SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated:  May 10, 2022